IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENTRELL HILL                                                                        PLAINTIFF
ADC #95734

V.                                        NO.  4:08cv04163 BSM

EVAN ZEEK, et al                                                                   DEFENDANTS

ORDER

After a thorough review of Plaintiff's case file, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas.  28 U.S.C. § 1406(a).[1]  Venue would be proper in the Western District as all Defendants are located there and the events complained of allegedly occurred there.  Id. § 1391.[2]

The Clerk of the Court is directed to TRANSFER immediately PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, El Dorado Division.

IT IS SO ORDERED this 8th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Id.

[2] Plaintiff's claim concerns his November 17, 2004, arrest in his sister's home, allegedly made without a warrant.